# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| RICKY LEE SIROIS, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-28-DBH |
| | ) | |
| AL CICHON, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

The plaintiff has appealed the Magistrate Judge's Order denying his motion for appointment of counsel. I have reviewed the Magistrate Judge's Order and the plaintiff's motion appealing that Order. Finding the ruling neither clearly erroneous nor contrary to law, I **AFFIRM** the Order of the Magistrate Judge. The plaintiff's motion for appointment of counsel is **DENIED**.

**SO ORDERED.**

**DATED THIS 19TH DAY OF MARCH, 2012**

/s/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**