# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **RICKY LEE SIROIS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v.  ) | CIVIL NO. 1:12-CV-28-DBH |
| ) | |
| **AL CICHON, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 12, 2012, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on the motion to dismiss of the defendants Penobscot County Jail and Captain Clukey. The plaintiff filed an objection to the Recommended Decision on June 15, 2012. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion to dismiss filed by the defendants Penobscot County Jail and Captain Clukey is **GRANTED**.

**SO ORDERED.**

**DATED THIS 27TH DAY OF JUNE, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**