UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **RICKY LEE SIROIS,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-28-DBH |
| | ) | |
| **AL CICHON, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

**ORDER ON APPEAL OF MAGISTRATE JUDGE'S ORDER**

I treat the plaintiff's letter of June 25, 2012 as an objection to the Magistrate Judge's Order of July 2, 2012. There, the Magistrate Judge denied the plaintiff's motion to appoint counsel, and stated that she denied the motion "for the reasons set forth in my earlier order denying two prior such motions. I also note that this case is at the preliminary stages, a scheduling order has not issued and Sirois' complaints about discovery process are premature; the first issue is whether or not Sirois has stated a claim against one or more defendants in his complaint as it now exists." I conclude that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law and therefore the plaintiff's objection is overruled.

**SO ORDERED.**

**DATED THIS 17TH DAY OF JULY, 2012**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**