# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **RICKY LEE SIROIS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **NO. 1:12-CV-28-DBH** |
| ) | |
| **AL CICHON, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

The Magistrate Judge entered an Order on August 16, 2012, denying the plaintiff's motion for return of legal materials, denying his motion for judgment, and denying his motion related to discovery (ECF No. 79). The plaintiff has made a number of filings since then. To the extent that they can be construed as objections to the Magistrate Judge's Order, they are overruled. The Magistrate Judge's ruling is neither clearly erroneous nor contrary to law. I **AFFIRM** the Order of the Magistrate Judge.

SO ORDERED.

DATED THIS 10TH DAY OF SEPTEMBER, 2012

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**