UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RICKY LEE SIROIS,       ) | |
| ) | |
|       PLAINTIFF     ) | |
| ) | |
| v.                                  ) | CIVIL NO. 1:12-CV-28-DBH |
| ) | |
| AL CICHON, ET AL.,       ) | |
| ) | |
|       DEFENDANTS  ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from further proceedings in this matter.

SO ORDERED.

DATED THIS 30TH DAY OF OCTOBER, 2012

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE